UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61242-CIV-SINGHAL/VALLE

ELIEZEL CARABALLO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Report and Recommendation (DE [23]) of the Magistrate Judge that this case be dismissed for lack of prosecution. On February 22, 2021, the Magistrate Judge issued a Scheduling Order (DE [21]) requiring Plaintiff to file his Motion for Summary Judgment by April 23, 2021 (60 days from the date of the Order). Plaintiff failed to comply with the Scheduling Order. Thereafter, in October 2021, the Magistrate Judge issued an Order to Show Cause (DE [22]), again directing Plaintiff file his Motion for Summary Judgment by October 14, 2021. Plaintiff again failed to file his Motion for Summary Judgment or otherwise proceed in this action.

On November 4, 2021, the Magistrate Judge entered a Paperless Report and Recommendation recommending that this case be dismissed without prejudice for lack of prosecution. No objections to the Report and Recommendation were filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this Report and Recommendation (DE [23]) of the Magistrate Judge is **APPROVED AND ADOPTED.** This case stands **DISMISSED**

**WITHOUT PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of November 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
Plaintiff, *pro se,* by U.S. Mail